AARON D. FORD
Attorney General
BRANDON R. PRICE
Senior Deputy Attorney General
Nevada Bar No. 11686
SCOTT H. HUSBANDS
Nevada Bar No. 11398
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2121 (phone)
(775) 688-1822 (fax)
Email: bprice@ag.nv.gov
       shusbands@ag.nv.gov
*Attorneys for Defendants, State of Nevada ex rel. its Department of Corrections and Perry Russell*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RON SCHRECKENGOST, an individual, and ELIZABETH WALSH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF NEVADA, *ex rel.* the NEVADA DEPARTMENT OF CORRECTIONS, and PERRY RUSSELL, an individual,<br><br>Defendants. | Case No. 3:19-cv-00659-MMD-CLB<br><br>**STIPULATION, REQUEST, AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>(FIRST REQUEST) |

Defendants, STATE OF NEVADA *ex rel.* its DEPARTMENT OF CORRECTIONS ("NDOC") and PERRY RUSSELL ("Russell"), by and through their attorneys, AARON D. FORD, Attorney General for the State of Nevada, BRANDON R. PRICE, Senior Deputy Attorney General, and SCOTT H. HUSBANDS, Deputy Attorney General, pursuant to LR IA 6-1, LR IA 6-2, hereby submit their Stipulation, Request, and Order Extending Time to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiffs' First Amended Complaint.

1

1  Plaintiffs, RON SCHRECKENGOST and ELIZABETH WALSH (collectively
2  "Plantiffs"), filed a Complaint (ECF No. 1) on October 30, 2019. Plaintiffs filed a First
3  Amended Complaint (ECF No. 3) on December 4, 2019. Plantiffs' First Amended Complaint is
4  78 pages in length, contains 342 allegations, and a total of 16 claims for relief. Defendants were
5  served the First Amended Complaint on December 16, 2019. The deadline for Defendants to
6  answer or otherwise respond to the First Amended Complaint is January 6, 2020.
7  Due to the length and complexity of the First Amended Complaint, defense counsel's
8  pre-existing professional obligations, and Senior Deputy Attorney General Price's previous
9  scheduled vacation during the holidays (December 23-26, 2019), Defendants need additional
10 time to prepare a responsive pleading or otherwise respond by motion to Plaintiffs' First
11 Amended Complaint.
12 Upon agreement by and between all the parties, through their respective counsel, the
13 undersigned counsel requests that this Court grant Defendants a 30-day extension of time, up to
14 and including, February 5, 2020, to file an answer or otherwise respond by motion to Plaintiffs'
15 First Amended Complaint.
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

By entering into this stipulation, none of the parties waive any rights they have under statute, law, or rule with respect to Plaintiffs' First Amended Complaint.

DATED: December 19, 2019

| | |
|---|---|
| AARON D. FORD<br>Attorney General | THE GEDDES LAW FIRM, P.C. |
| By: /s/ Brandon R. Price<br>BRANDON R. PRICE<br>Senior Deputy Attorney General<br>Nevada Bar No. 11686<br>SCOTT H. HUSBANDS<br>Deputy Attorney General<br>Nevada Bar No. 11398<br>Office of the Attorney General<br>5420 Kietzke Lane, Suite 202<br>Reno, NV 89511<br>(775) 687-2121 (phone)<br>(775) 688-1822 (fax)<br>Email: bprice@ag.nv.gov<br>shusbands@ag.nv.gov<br>*Attorneys for Defendants, State of Nevada ex rel. its Department of Corrections and Perry Russell* | By: /s/ William J. Geddes<br>WILLIAM J. GEDDES, Esq.<br>Nevada Bar No. 9027<br>KRISTEN R. GEDDES, Esq.<br>Nevada Bar No. 9027<br>8600 Technology Way, Suite 107<br>Reno, NV 89521<br>(775) 853-9455 (phone)<br>(775) 299-5337 (fax)<br>Email: Will@TheGeddesLawFirm.com<br>Kristen@TheGeddesLawFirm.com<br>*Attorneys for Plaintiffs, Ron Schreckengost and Elizabeth Walsh* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 12/23/2019

3