WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
8600 Technology Way, Suite 107
Reno, Nevada 89521
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiffs Ron Schreckengost and Elizabeth Walsh*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RON SCHRECKENGOST, an individual, and ELIZABETH WALSH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA *ex rel.* the NEVADA DEPARTMENT OF CORRECTIONS; and PERRY RUSSELL, an individual.<br><br>Defendants. | CASE NO: 3:19-cv-00659-MMD-CLB<br><br>**STIPULATION, REQUEST, AND [PROPOSED] ORDER ENLARGING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (ECF 008)**<br><br>**(First Request)** |

The parties to this action, by and through their undersigned counsel of record hereby stipulate that Plaintiffs may have a two (2)-week extension of time, **through and including Tuesday, March 3, 2020**, to file their opposition to *Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint* (ECF 008). Pursuant to this stipulation, the parties hereby request that the Court grant this enlargement of time. This is the first request for such an extension. The original deadline to file this opposition brief is Tuesday, February 18, 2020, which deadline has not yet run. The reason that Plaintiffs need additional time to file this opposition brief is because the *Motion to Dismiss* is a dispositive motion that has raised numerous and complex factual and legal issues against multiple defendants, which will require additional time for Plaintiffs' counsel to prepare the opposition brief.

/ / /

/ / /

/ / /

1

This stipulation and request are not made for any dilatory or improper purpose.

Dated this 14th Day of February.    THE GEDDES LAW FIRM, P.C.

*[signature]*

WILLIAM J. GEDDES
Nevada Bar Number 6984
The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, Nevada 89521
(775) 853-9455
*Attorneys for Plaintiffs Ron Schreckengost and Elizabeth Walsh*

Dated this 14th Day of February.    AARON D. FORD
Nevada Attorney General

*Electronic Signature Authorized*

/s/ Brandon R. Price
BRANDON R. PRICE
Senior Deputy Attorney General
Nevada Bar No. 11686
SCOTT H. HUSBANDS
Deputy Attorney General
Nevada Bar No. 11398
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2121 (phone)
*Attorneys for Defendants, State of Nevada ex rel. its Department of Corrections and Perry Russell*

**ORDER**

Dated: February 18, 2020    IT IS SO ORDERED

*[signature]*

UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **February 14, 2020**, I caused to be served a copy of the foregoing *Stipulation, Request, and [Proposed] Order Enlarging Time for Plaintiffs to Respond to Defendants' Motion to Dismiss (ECF 008)(First Request)*, by filing the same with the Court's electronic filing system (PACER), addressed to the following:

AARON D. FORD
Nevada Attorney General
BRANDON R. PRICE
Senior Deputy Attorney General
SCOTT H. HUSBANDS
Deputy Attorney General
State of Nevada Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511

*Attorneys for Defendants, State of Nevada ex rel. its Department of Corrections and Perry Russell*

/s/ William Geddes
WILLIAM J. GEDDES
An employee of the Geddes Law Firm, P.C.

The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, NV 89521
Phone 775-853-9455

3