AARON D. FORD
Attorney General
BRANDON R. PRICE
Senior Deputy Attorney General
Nevada Bar No. 11686
SCOTT H. HUSBANDS
Nevada Bar No. 11398
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2121 (phone)
(775) 688-1822 (fax)
Email: bprice@ag.nv.gov
        shusbands@ag.nv.gov
*Attorneys for Defendants, State of Nevada
ex rel. its Department of Corrections and
Perry Russell*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RON SCHRECKENGOST, an individual, and ELIZABETH WALSH, an individual,<br><br>     Plaintiffs,<br><br>v.<br><br>THE STATE OF NEVADA, *ex rel.* the NEVADA DEPARTMENT OF CORRECTIONS, and PERRY RUSSELL, an individual,<br><br>     Defendants. | Case No.  3:19-cv-00659-MMD-CLB<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

     Defendants, STATE OF NEVADA *ex rel.* its DEPARTMENT OF CORRECTIONS and PERRY RUSSELL, and Plaintiffs, RON SCHRECKENGOST and ELIZABETH WALSH, pursuant to LR IA 6-1, LR IA 6-2, by and through their counsel of record, hereby stipulate and agree to a 7-day extension of time, up to and including March 20, 2020, for Defendants to file their reply brief in support of their Motion to Dismiss Plaintiffs' First Amended Complaint.

/ / /

/ / /

/ / /

1

This is the first request for an extension of time for Defendants to file a reply in support of their Motion to Dismiss Plaintiffs' First Amended Complaint.  Defendants' reply is currently due on March 13, 2020.

Defendants previously requested and the Court granted a 30-day extension of time to file their answer or otherwise respond to Plaintiffs' Amended Complaint. ECF No. 6.

Plaintiffs requested and the Court granted a 14-day extension of time, and an additional 3-day extension of time to respond to Defendants' Motion to Dismiss.  ECF No. 12; ECF No. 18.

This request is based on good cause and not for purpose of delay.  Defendants are requesting additional time to file a reply brief in support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint to accommodate defense counsel's pre-existing professional obligations in other legal matters, and because Defendants need additional time to properly prepare their reply to adequately address the numerous and complex legal issues raised in Plaintiffs' Opposition.

Upon agreement by and between all the parties, through their respective counsel, the undersigned counsel requests that this Court grant Defendants a 7-day extension of time, up

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  to and including, March 20, 2020, to file their reply brief in support of their Motion to Dismiss

2  Plaintiffs' Amended Complaint.

3        DATED:  March 11, 2020

4  AARON D. FORD                                          THE GEDDES LAW FIRM, P.C.

5  Attorney General

6  By: ___*/s/ Brandon R. Price*_____          By:___*/s/ William J. Geddes*_____

7        BRANDON R. PRICE                               WILLIAM J. GEDDES, Esq.

        Senior Deputy Attorney General              Nevada Bar No. 9027

8        Nevada Bar No. 11686                             KRISTEN R. GEDDES, Esq.

        SCOTT H. HUSBANDS                            Nevada Bar No. 9027

9        Deputy Attorney General                         8600 Technology Way, Suite 107

        Nevada Bar No. 11398                             Reno, NV 89521

10       Office of the Attorney General                  (775) 853-9455 (phone)

11       5420 Kietzke Lane, Suite 202                   (775)299-5337 (fax)

        Reno, NV  89511                                   Email: Will@TheGeddesLawFirm.com

12        (775) 687-2121 (phone)                                  Kristen@TheGeddesLawFirm.com

13        (775) 688-1822 (fax)                            *Attorneys for Plaintiffs, Ron Schreckengost*

        Email: bprice@ag.nv.gov                        *and Elizabeth Walsh*

14              shusbands@ag.nv.gov

15  *Attorneys for Defendants, State of Nevada*

   *ex rel. its Department of Corrections and*

16  *Perry Russell*

17

18                                                                   **ORDER**

19                                                        IT IS SO ORDERED.

20

21                                                        _____

                                                        UNITED STATES DISTRICT COURT JUDGE

22                                                        Dated:__March 13, 2020_____

23

24

25

26

27

28