1  WILLIAM J. GEDDES
   Nevada Bar No. 6984
2  KRISTEN R. GEDDES
   Nevada Bar No. 9027
3  THE GEDDES LAW FIRM, P.C.
   8600 Technology Way, Suite 107
4  Reno, Nevada 89521
   Phone: (775) 853-9455
5  Fax: (775) 299-5337
   Email: Will@TheGeddesLawFirm.com
6  Email: Kristen@TheGeddesLawFirm.com
   *Attorneys for Plaintiffs Ron Schreckengost and Elizabeth Walsh*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RON SCHRECKENGOST, an individual, and ELIZABETH WALSH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA *ex rel.* the NEVADA DEPARTMENT OF CORRECTIONS; and PERRY RUSSELL, an individual.<br><br>Defendants. | CASE NO: 3:19-cv-00659-MMD-CLB<br><br>**STIPULATION, REQUEST, AND [PROPOSED] ORDER ENLARGING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO SEVER (ECF 020)**<br><br>**(First Request)** |

The parties to this action, by and through their undersigned counsel of record hereby stipulate that Plaintiffs may have a two (2)-week extension of time, from the date of the Early Neutral Evaluation ("ENE") Conference scheduled for April 8, 2020, **through and including Wednesday, April 22, 2020**, to file their opposition to *Defendants' Motion to Sever Misjoined Plaintiff, Elizabeth Walsh* (ECF 020). Pursuant to this stipulation, the parties hereby request that the Court grant this enlargement of time. This is the first request for such an extension. The original deadline to file this opposition brief is Thursday, March 19, 2020, which deadline has not yet run. The reason that additional time is requested here is to permit the parties to allocate and conserve their resources relating to the ENE Conference, including in the submission of their separate written evaluation statements for the same, on the potential settlement of this case at the ENE Conference. Should the case not settle at the ENE Conference, then the briefing schedule on this motion would resume, with Plaintiffs having two weeks to file an opposition brief, by Wednesday, April 22, 2020.

This stipulation and request are not made for any dilatory or improper purpose.

Dated this 10th Day of March.

THE GEDDES LAW FIRM, P.C.

WILLIAM J. GEDDES
Nevada Bar Number 6984
The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, Nevada 89521
(775) 853-9455
*Attorneys for Plaintiffs Ron Schreckengost and Elizabeth Walsh*

Dated this 10th Day of March.

AARON D. FORD
Nevada Attorney General

*Electronic Signature Authorized*

/s/ Brandon R. Price
BRANDON R. PRICE
Senior Deputy Attorney General
Nevada Bar No. 11686
SCOTT H. HUSBANDS
Deputy Attorney General
Nevada Bar No. 11398
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2121 (phone)
*Attorneys for Defendants, State of Nevada ex rel. its Department of Corrections and Perry Russell*

**ORDER**

Dated: April 1, 2020

IT IS SO ORDERED

CHIEF UNITED STATES DISTRICT JUDGE

2

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **March 10, 2020**, I caused to be served a copy of the foregoing *Stipulation, Request, and [Proposed] Order Enlarging Time for Plaintiffs to Respond to Defendants' Motion to Sever Misjoined Plaintiff, Elizabeth Walsh* (ECF 020) *(First Request)*, by filing the same with the Court's electronic filing system (PACER), addressed to the following:

AARON D. FORD
Nevada Attorney General
BRANDON R. PRICE
Senior Deputy Attorney General
SCOTT H. HUSBANDS
Deputy Attorney General
State of Nevada Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511

*Attorneys for Defendants, State of Nevada ex rel. its Department of Corrections and Perry Russell*

_____
WILLIAM J. GEDDES
An employee of the Geddes Law Firm, P.C.