AARON D. FORD
Attorney General
BRANDON R. PRICE
Senior Deputy Attorney General
Nevada Bar No. 11686
SCOTT H. HUSBANDS
Nevada Bar No. 11398
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2121 (phone)
(775) 688-1822 (fax)
Email: bprice@ag.nv.gov
         shusbands@ag.nv.gov
*Attorneys for Defendants, State of Nevada ex rel. its Department of Corrections and Perry Russell*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RON SCHRECKENGOST, an individual, and ELIZABETH WALSH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF NEVADA, *ex rel.* the NEVADA DEPARTMENT OF CORRECTIONS, and PERRY RUSSELL, an individual,<br><br>Defendants. | Case No.  3:19-cv-00659-MMD-CLB<br><br>**STIPULATION, REQUEST, AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendants, STATE OF NEVADA *ex rel.* its DEPARTMENT OF CORRECTIONS ("NDOC") and PERRY RUSSELL ("Russell"), by and through their attorneys, AARON D. FORD, Attorney General for the State of Nevada, BRANDON R. PRICE, Senior Deputy Attorney General, and SCOTT H. HUSBANDS, Deputy Attorney General, pursuant to LR IA 6-1, LR IA 6-2, hereby submit their Stipulation, Request, and Order Extending Time to Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint.  This is the first request for an extension of time to file an answer or otherwise respond to Plaintiffs' Second Amended Complaint.

1

Plaintiffs, RON SCHRECKENGOST and ELIZABETH WALSH (collectively "Plantiffs"), filed their Second Amended Complaint (ECF No. 66) on September 24, 2020. Pursuant to Federal Rule of Civil Procedure 15(a)(3), the deadline for Defendants to answer or otherwise respond to the First Amended Complaint is October 8, 2020.

Due to pre-existing professional obligations, the need for defense counsel to assist with child care at home due to recent preschool closures as a result of COVID-19 and fall break, and previously scheduled vacations during the week of October 5, 2020, to October 9, 2020, Defendants need additional time to prepare a responsive pleading or otherwise respond by motion to Plaintiffs' Second Amended Complaint.

Upon agreement by and between all the parties, through their respective counsel, the undersigned counsel requests that this Court grant Defendants an 8-day extension of time, up to and including, October 16, 2020, to file an answer or otherwise respond by motion to Plaintiffs' Second Amended Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

By entering into this stipulation, none of the parties waive any rights they have under statute, law, or rule with respect to Plaintiffs' Second Amended Complaint.

DATED: October 2, 2020

| | |
|---|---|
| AARON D. FORD<br>Attorney General<br><br>By:   */s/ Brandon Price*<br>    BRANDON R. PRICE<br>    Senior Deputy Attorney General<br>    Nevada Bar No. 11686<br>    SCOTT H. HUSBANDS<br>    Deputy Attorney General<br>    Nevada Bar No. 11398<br>    Office of the Attorney General<br>    5420 Kietzke Lane, Suite 202<br>    Reno, NV  89511<br>     (775) 687-2121 (phone)<br>     (775) 688-1822 (fax)<br>     Email: bprice@ag.nv.gov<br>        shusbands@ag.nv.gov<br>*Attorneys for Defendants, State of Nevada ex rel. its Department of Corrections and Perry Russell* | THE GEDDES LAW FIRM, P.C.<br><br>By: */s/ Kristen R. Geddes*<br>    WILLIAM J. GEDDES, Esq.<br>    Nevada Bar No. 9027<br>    KRISTEN R. GEDDES, Esq.<br>    Nevada Bar No. 9027<br>    1575 Delucchi Lane, Suite 206<br>    Reno, NV 89502<br>    (775) 853-9455 (phone)<br>    (775)299-5337 (fax)<br>    Email: Will@TheGeddesLawFirm.com<br>        Kristen@TheGeddesLawFirm.com<br>*Attorneys for Plaintiffs, Ron Schreckengost and Elizabeth Walsh* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:   October 2, 2020