WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
8600 Technology Way, Suite 107
Reno, Nevada 89521
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiffs Ron Schreckengost and Elizabeth Walsh*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RON SCHRECKENGOST, an individual, and ELIZABETH WALSH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA *ex rel*. the NEVADA DEPARTMENT OF CORRECTIONS; and PERRY RUSSELL, an individual.<br><br>Defendants. | CASE NO:  3:19-cv-00659-MMD-CLB<br><br>**STIPULATION, REQUEST, AND [PROPOSED] ORDER ENLARGING TIME FOR PLAINTIFFS TO OPPOSE DEFENDANTS' TWO MOTIONS TO DISMISS (ECF 069 and ECF 070)**<br><br>**(FIRST REQUEST)** |

The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, NV 89521
Phone 775-853-9455

The parties to this action, by and through their undersigned counsel of record hereby stipulate that Plaintiffs may have a three (3)-week extension of time to file their opposition briefs to Defendants' two motions to dismiss (ECF 069 and ECF 070), **through and including Friday, Nov. 20, 2020**, Pursuant to this stipulation, the parties hereby request that the Court grant this enlargement of time. This is the first request for such an extension.  The original deadline to file these two opposition briefs is Friday, October 30, 2020, which deadline has not yet run.  The reasons that additional time is requested here is because Plaintiff's Counsel has been and continues to be quite busy with many pressing matters in other cases, including: the filing of a federal-court discrimination complaint during the week of October 26, 2020; preparation for, and attendance of, two ENE conferences in federal court, scheduled for the week of October 26, 2020, the submission of two rebuttal statements to the EEOC for two discrimination claims in the week of November 2 and 9, 2020, and the filing of a state-

1

court discrimination complaint during the week of November 9, 2020.  As well, Plaintiff must oppose two motions to dismiss here, rather than one, which will take additional time to accomplish.  This stipulation and request are not made for any dilatory or improper purpose.

Dated this <u>26th</u> Day of October.

THE GEDDES LAW FIRM, P.C.

WILLIAM J. GEDDES
Nevada Bar Number 6984
The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, Nevada 89521
(775) 853-9455
*Attorneys for Plaintiffs Ron Schreckengost and Elizabeth Walsh*

Dated this <u>26th</u> Day of October .

AARON D. FORD
Nevada Attorney General

*Electronic Signature Authorized*

/s/ Scott H. Husbands
BRANDON R. PRICE
Senior Deputy Attorney General
Nevada Bar No. 11686
SCOTT H. HUSBANDS
Deputy Attorney General
Nevada Bar No. 11398
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2121 (phone)
*Attorneys for Defendants, State of Nevada ex rel. its Department of Corrections and Perry Russell*

**ORDER**

Dated: October 26, 2020

IT IS SO ORDERED

UNITED STATES DISTRICT JUDGE

The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, NV 89521
Phone 775-853-9455

2

The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, NV 89521
Phone 775-853-9455

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **October 26,**

3  **2020**, I caused to be served a copy of the foregoing *Stipulation, Request, and [Proposed] Order*

4  *Enlarging Time for Plaintiffs to Oppose Defendants' Two Motions to Dismiss (ECF 069 and ECF 070)*

5  *(First Request)*, by filing the same with the Court's electronic filing system (PACER), addressed to the

6  following:

7  AARON D. FORD
   Nevada Attorney General
8  BRANDON R. PRICE
   Senior Deputy Attorney General
9  SCOTT H. HUSBANDS
   Deputy Attorney General
10 State of Nevada Office of the Attorney General
   5420 Kietzke Lane, Suite 202
11 Reno, NV  89511

12 *Attorneys for Defendants, State of Nevada*
   *ex rel. its Department of Corrections and*
13 *Perry Russell*

14

15 _____
   WILLIAM J. GEDDES
16 An employee of the Geddes Law
   Firm, P.C.

17

18

19

20

21

22

23

24

25

26

27

28