WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89521
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiffs Ron Schreckengost and Elizabeth Walsh*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RON SCHRECKENGOST, an individual, and ELIZABETH WALSH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE OF NEVADA *ex rel.* the NEVADA DEPARTMENT OF CORRECTIONS; and PERRY RUSSELL, an individual.<br><br>Defendants. | CASE NO: 3:19-cv-00659-MMD-CLB<br><br>**STIPULATION, REQUEST, AND [PROPOSED] ORDER ENLARGING TIME FOR PLAINTIFFS TO OPPOSE DEFENDANTS' TWO MOTIONS TO DISMISS (ECF 069 and ECF 070)**<br><br>**(SECOND REQUEST)** |

The parties to this action, by and through their undersigned counsel of record hereby stipulate that Plaintiffs may have a 10-day extension of time to file their opposition briefs to Defendants' two motions to dismiss (ECF 069 and ECF 070), **through and including Monday, Nov. 30, 2020**, Pursuant to this stipulation, the parties hereby request that the Court grant this enlargement of time. This is the second request for such an extension. The current deadline to file these two opposition briefs is Friday, November 20, 2020, which deadline has not yet run. The reasons that additional time is requested here is because Plaintiff's Counsel underestimated the amount of time it would take to complete these opposition briefs, when first requesting an extension, given the fact that he had been and continued to be quite busy with many pressing matters in other cases. As well, the offices of Plaintiff's Counsel will be closed for the Thanksgiving Holiday, November 26-27, 2020, which necessitates an

extension through the Monday, November 30, 2020, immediately after the holiday. This stipulation and request are not made for any dilatory or improper purpose.

| | |
|---|---|
| Dated this <u>18th</u> Day of November. | THE GEDDES LAW FIRM, P.C. <br><br> *(signature)* <br><br> WILLIAM J. GEDDES <br> Nevada Bar Number 6984 <br> The Geddes Law Firm, P.C. <br> 1575 Delucchi Lane, Suite 206 <br> Reno, Nevada 89502 <br> (775) 853-9455 <br> *Attorneys for Plaintiffs Ron Schreckengost and Elizabeth Walsh* |
| Dated this <u>18th</u> Day of November . | AARON D. FORD <br> Nevada Attorney General <br><br> *Electronic Signature Authorized* <br><br> /s/ Brandon R. Price <br> BRANDON R. PRICE <br> Senior Deputy Attorney General <br> Nevada Bar No. 11686 <br> SCOTT H. HUSBANDS <br> Deputy Attorney General <br> Nevada Bar No. 11398 <br> State of Nevada <br> Office of the Attorney General <br> 5420 Kietzke Lane, Suite 202 <br> Reno, NV 89511 <br> (775) 687-2121 (phone) <br> *Attorneys for Defendants, State of Nevada ex rel. its Department of Corrections and Perry Russell* |

**ORDER**

Dated: November 20, 2020            IT IS SO ORDERED

*(signature)*

UNITED STATES DISTRICT JUDGE

2

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **November 18, 2020**, I caused to be served a copy of the foregoing *Stipulation, Request, and [Proposed] Order Enlarging Time for Plaintiffs to Oppose Defendants' Two Motions to Dismiss (ECF 069 and ECF 070) (Second Request)*, by filing the same with the Court's electronic filing system (PACER), addressed to the following:

AARON D. FORD
Nevada Attorney General
BRANDON R. PRICE
Senior Deputy Attorney General
SCOTT H. HUSBANDS
Deputy Attorney General
State of Nevada Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511

*Attorneys for Defendants, State of Nevada ex rel. its Department of Corrections and Perry Russell*

/s/ William Geddes
_____
WILLIAM J. GEDDES
An employee of the Geddes Law Firm, P.C.

3