AARON D. FORD
Attorney General
BRANDON R. PRICE
Senior Deputy Attorney General
Nevada Bar No. 11686
SCOTT H. HUSBANDS
Nevada Bar No. 11398
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2121 (phone)
(775) 688-1822 (fax)
Email: bprice@ag.nv.gov
       shusbands@ag.nv.gov
*Attorneys for Defendants, State of Nevada ex rel. its Department of Corrections and Perry Russell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RON SCHRECKENGOST, an individual, and ELIZABETH WALSH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF NEVADA, *ex rel.* the NEVADA DEPARTMENT OF CORRECTIONS, and PERRY RUSSELL, an individual,<br><br>Defendants. | Case No.  3:19-cv-00659-MMD-CLB<br><br>**STIPULATION, REQUEST, AND ORDER TO EXTEND TIME FOR DEFENDANTS TO REPLY TO PLAINTIFFS' OPPOSITIONS TO MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT (ECF NO. 76 and ECF NO. 77)**<br><br>**(FIRST REQUEST)** |

Defendants, STATE OF NEVADA *ex rel.* its DEPARTMENT OF CORRECTIONS and PERRY RUSSELL, and Plaintiffs, RON SCHRECKENGOST and ELIZABETH WALSH, pursuant to LR IA 6-1, LR IA 6-2, by and through their counsel of record, hereby stipulate and agree to a 14-day extension of time, up to and including December 22, 2020, for Defendants to reply to Plaintiffs oppositions (ECF No. 76 and ECF No. 77) that were filed in response to Defendants' motions to dismiss the Second Amended Complaint.  Pursuant to this stipulation, the parties request that the Court grant this 14-day extension.  The current deadline for Defendants to reply to Plaintiffs' oppositions is December 8, 2020.

1   This is the first request for an extension of time for Defendants to reply to Plaintiffs'
2   oppositions (ECF No. 76 and ECF No. 77) to Defendants' motions to dismiss.

3   Defendants were previously granted an 8-day extension of time for Defendants to
4   respond to Plaintiffs' Second Amended Complaint. ECF No. 6.  The Court granted Plaintiffs a
5   21-day extension of time (ECF No. 72), an additional 10-day extension of time (ECF No. 74),
6   and an additional 1-day extension of time  (ECF No. 79) to respond to Defendants' motions to
7   dismiss.  ECF No. 12; ECF No. 18.

8   This request is based on good cause and not for purpose of delay.  Defendants are
9   requesting additional time to file replies to Defendants' oppositions (ECF No. 76 and ECF No.
10  77) to the motion to dismiss the Second Amended Complaint to accommodate defense counsel's
11  pre-existing professional obligations in other legal matters, and because Defendants need
12  additional time to properly prepare their reply to adequately address the numerous and complex
13  legal issues raised in Plaintiffs' Oppositions.  Undersigned counsel also needs additional time
14  due to and challenges currently created by the COVID-19 pandemic.
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Undersigned counsel is spending significant time assisting with child care and his child's school curriculum because the elementary school that his child attends moved to full distance learning for the dates of November 30, 2020 through December 18, 2020.

DATED: December 3, 2020

| | |
|---|---|
| AARON D. FORD<br>Attorney General | THE GEDDES LAW FIRM, P.C. |
| By: */s/ Brandon R. Price*<br>    BRANDON R. PRICE<br>    Senior Deputy Attorney General<br>    Nevada Bar No. 11686<br>    SCOTT H. HUSBANDS<br>    Deputy Attorney General<br>    Nevada Bar No. 11398<br>    Office of the Attorney General<br>    5420 Kietzke Lane, Suite 202<br>    Reno, NV  89511<br>     (775) 687-2121 (phone)<br>     (775) 688-1822 (fax)<br>     Email: bprice@ag.nv.gov<br>          shusbands@ag.nv.gov<br>*Attorneys for Defendants, State of Nevada ex rel. its Department of Corrections and Perry Russell* | By: */s/ William J. Geddes*<br>    WILLIAM J. GEDDES, Esq.<br>    Nevada Bar No. 9027<br>    KRISTEN R. GEDDES, Esq.<br>    Nevada Bar No. 9027<br>    8600 Technology Way, Suite 107<br>    Reno, NV 89521<br>    (775) 853-9455 (phone)<br>    (775)299-5337 (fax)<br>     Email: Will@TheGeddesLawFirm.com<br>              Kristen@TheGeddesLawFirm.com<br>*Attorneys for Plaintiffs, Ron Schreckengost and Elizabeth Walsh* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:   December 4, 2020

3