WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiffs Ron Schreckengost and Elizabeth Walsh*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RON SCHRECKENGOST, an individual, and ELIZABETH WALSH, an individual, | CASE NO:  3:19-cv-00659-MMD-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| THE STATE OF NEVADA *ex rel*. the NEVADA DEPARTMENT OF CORRECTIONS; and PERRY RUSSELL, an individual. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*The Geddes Law Firm, P.C.*
*1575 Delucchi Lane, Suite 206*
*Reno, NV 89502*
*Phone 775-853-9455*

counsel of record, that this matter be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 17<u>th</u> Day of June 2021.    THE GEDDES LAW FIRM, P.C.

_____
WILLIAM J. GEDDES
Nevada Bar Number 6984
The Geddes Law Firm, P.C.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Phone: (775) 853-9455
Will@thegeddeslawfirm.com
*Attorneys for Plaintiffs Ron Schreckengost and*
*Elizabeth Walsh*

Dated this 17<u>th</u> Day of June 2021.    AARON D. FORD
Nevada Attorney General

*Electronic Signature Authorized*

  /s/ Brandon R. Price
BRANDON R. PRICE
Senior Deputy Attorney General
Nevada Bar No. 11686
SCOTT H. HUSBANDS
Deputy Attorney General
Nevada Bar No. 11398
KIEL B. IRELAND
Nevada Bar No. 15368C
Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2121 (phone)
*Attorneys for Defendants, State of Nevada ex rel.*
*its Department of Corrections and Perry Russell*

**ORDER**

Dated:  June 17, 2021            IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **June 17, 2021**, I caused to be served a copy of the foregoing *Stipulation and Order for Dismissal*, by filing the same with the Court's electronic filing system (PACER), addressed to the following:

AARON D. FORD
Nevada Attorney General
BRANDON R. PRICE
Senior Deputy Attorney General
SCOTT H. HUSBANDS
Deputy Attorney General
KIEL B. IRELAND
Nevada Bar No. 15368C
Deputy Attorney General
State of Nevada Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511

*Attorneys for Defendants, State of Nevada*
*ex rel. its Department of Corrections and*
*Perry Russell*

_____
An employee of the Geddes Law
Firm, P.C.

The Geddes Law Firm, P.C.
1575 Delucchi Lane, Suite 206
Reno, NV 89502
Phone 775-853-9455

3